```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARLES E. WASHINGTON,                          :
                Plaintiff,                      :
                                                :       ORDER
v.                                              :
                                                :       20 CV 911 (VB)
                                                :
C.O. T. FITZPATRICK, C.O. K. SAIN               :
CLAIR, SGT. SHERIDAN, LT. JORDAN, and           :
COL. SIPPLE,                                    :
                Defendants.                     :
--------------------------------------------------------------x
```

On July 17, 2020, defendants moved to dismiss plaintiff's complaint (Doc. #2) and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Docs. ##15, 16). Plaintiff's opposition to the motion was due August 5, 2020. See Fed. R. Civ. P. 6(d); Local Civil Rule 6.1(b).

To date, plaintiff has failed to oppose the motion or seek an extension of time to do so.

Accordingly, it is HEREBY ORDERED:

The Court sua sponte extends to September 7, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to respond to the motion by September 7, 2020, the motion will be deemed fully submitted and unopposed.**

If plaintiff opposes the motion, defendants' reply, if any, shall be due September 14, 2020.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 17, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge