UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARLES E. WASHINGTON,               :
             Plaintiff,              :
                                        :       **ORDER**
v.                                   :
                                        :       20 CV 911 (VB)
                                        :
C.O. T. FITZPATRICK, C.O. K. SAIN    :
CLAIR, SGT. SHERIDAN, LT. JORDAN, and :
COL. SIPPLE,                         :
             Defendants.             :
--------------------------------------------------------------x

       Plaintiff has mailed several documents to Chambers.  (See Docs. ##18, 19).  Plaintiff **must** address all future correspondence to the Pro Se Clerk at the following address:

             United States District Court
             Pro Se Clerk
             300 Quarropas St.
             White Plains, NY 10601

       **The Court will disregard any future submissions sent directly to Chambers.  To be clear, the Court will return to plaintiff all future submissions sent directly to Chambers.**

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 29, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge